**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 06-7329

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NESTOR CAMPOS-ALONZO,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., Senior District Judge.  (1:02-cr-00281-FWB; 1:06-cv-00122-FWB)

---

Submitted:  August 23, 2007          Decided:  August 28, 2007

---

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Nestor Campos-Alonzo, Appellant Pro Se.  Angela Hewlett Miller, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nestor Campos-Alonzo appeals the district court's order adopting the recommendation of the magistrate judge and denying his 18 U.S.C. § 3582(c) (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Campos-Alonzo</u>, Nos. 1:02-cr-00281-FWB; 1:06-cv-00122-FWB (M.D.N.C. filed June 30, 2006; entered July 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>